FILED

DEC 19 2016

Clerk, U.S. Courts
District Of Montana
Butte Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| JACQUELYN MITCHELL,<br><br>Plaintiff,<br><br>vs.<br><br>YELLOWSTONE ARCTIC YAMAHA, INC.; YELLOWSTONE TOUR & TRAVEL, INC., d/b/a SEE YELLOWSTONE.COM,<br><br>Defendants. | No. CV 16-13-BU-SEH<br><br>ORDER |

Pending before the Court is Plaintiff's Unopposed Motion to Stay Briefing on Defendants' Motion for Partial Summary Judgment, or, in the alternative, request for a continuance to respond to Defendants' Motion for Partial Summary Judgment.[1]

---

[1] Doc. 36.

-1-

ORDERED:

Plaintiff's request for a continuance to respond to Defendants' Motion for Partial Summary Judgment is GRANTED. Plaintiff may have up to and including January 5, 2017, to respond to Defendants' Motion for Partial Summary Judgment.

DATED this 19th day of December, 2016.

SAM E. HADDON
United States District Judge