FILED

DEC 27 2016

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| JACQUELYN MITCHELL,<br><br>Plaintiff,<br><br>-vs-<br><br>YELLOWSTONE ARCTIC YAMAHA, INC., and YELLOWSTONE TOUR & TRAVEL, INC., d/b/a SEE YELLOWSTONE.COM,<br><br>Defendants. | CV 16-13-BU-SEH<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF YELLOWSTONE TOUR AND TRAVEL, INC. |

On December 27, 2016, Defendants filed Notice to the Court re Defendants' Motion for Summary Judgment as to Yellowstone Tour & Travel,[1] which advised the Court that Plaintiff does not oppose Defendant Yellowstone Tour & Travel's Motion for Summary Judgment.[2]

ORDERED

1.  Defendant Yellowstone Tour & Travel's Motion for Summary Judgment[3] is GRANTED.

2.  The above action is DISMISSED, WITH PREJUDICE, as to Yellowstone Tour and Travel, Inc., dba SeeYellowstone.com, each party to bear

---

[1] Doc. 39.
[2] Doc. 25.
[3] *Id.*

their own costs and attorney fees. Plaintiff's claims against Yellowstone Arctic Yamaha, Inc. are reserved and ongoing. The caption is amended to reflect the dismissal of Yellowstone Tour and Travel, Inc.

DATED this 27th day of December, 2016.

SAM E. HADDON
United States District Judge