

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| JACQUELYN MITCHELL,<br><br>Plaintiff,<br><br>vs.<br><br>YELLOWSTONE ARCTIC YAMAHA, INC.,<br><br>Defendant. | No. CV 16-13-BU-SEH<br><br>ORDER |

On January 10, 2017, the Court conducted a hearing on Plaintiff's Motion for Sanctions re: Defendant Yellowstone Arctic Yamaha's Spoliation of Evidence.[1]

Upon the record made in open court,

ORDERED

Ruling on the motion[2] was deferred pending supplemental briefing and

---

[1] Doc. 23.

[2] Doc. 23.

submission of supporting materials as contained in the Court's Order of January 10, 2017.[3]

FURTHER ORDERED

Plaintiff's Motion for Certification of Question of State Law to the Montana Supreme Court[4] and Defendants' Motion for Partial Summary Judgment[5] are DENIED without prejudice as premature, to be renewed, if appropriate, upon resolution of Plaintiff's Motion for Sanctions re: Defendant Yellowstone Arctic Yamaha's Spoliation of Evidence.[6]

DATED this 12th day of January, 2017.

SAM E. HADDON
United States District Judge

---

[3] Doc. 48.

[4] Doc. 34.

[5] Doc. 28.

[6] Doc. 23.