**FILED**

APR 0 7 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JACQUELYN MITCHELL,<br><br>Plaintiff,<br><br>-vs-<br><br>YELLOWSTONE ARCTIC YAMAHA, INC.,<br><br>Defendant. | CV 16-13-BU-SEH<br><br>ORDER OF DISMISSAL<br>WITH PREJUDICE |

Upon stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the above matter is dismissed, with prejudice, as fully and finally settled on the merits, each party to bear their own costs and attorney fees.

DATED this 7th day of April, 2017.

*/s/ Sam E. Haddon*
SAM E. HADDON
UNITED STATES DISTRICT JUDGE